

| | |
|---|---|
| | **U.S. Department of Justice** |
| | *United States Attorney*<br>*District of Massachusetts* |

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

November 8, 2006

John P. Moss, Esq.
675 Massachusetts Avenue
Suite 900
Cambridge, MA 02139

Kevin L. Barron, Esq.
25 Channel Center Street
No. 408
Boston, MA 02210

    Re:  **United States v. Arias and Cabrera**
           Criminal No. 06-10305-MLW

Dear Counsel:

    Under Automatic Discovery Letter of October 30, 2006, the Government provided Rule 16 materials.  That discovery included information regarding identification procedures involving the U.S. Postal Inspection Service.  The enclosed materials supplement the Government's disclosures to include redacted reports of interviews involving identification procedures by the Department of Housing and Urban Development.

    Please note that one of the enclosed redacted reports contains information about identification procedures involving defendant Esther Arias.  The entire report was provided to you on October 30, 2006 as Item 6 under "Oral Statements To Then Known Government Agents."

Please call the undersigned Assistant U.S. Attorney if you have any questions.

The Government renews its request for reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(D).

The Government also reiterates its demand, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, for written notice of either defendant's intention to offer a defense of alibi. The dates and places at which the alleged offenses were committed are set forth in the indictment in this case, a copy of which you previously have received. Moreover, review of documents and tangible objects pursuant to Section A(3) above will more fully inform you of the particulars, including the time of alleged offenses for which notice of an intention to offer a defense of alibi is demanded.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:
                              /s/ Victor A. Wild
                              VICTOR A. WILD
                              Assistant U.S. Attorney

Enclosure(s)

cc: Noreen Russo,
    Clerk to the Honorable Robert B. Collings
    (w/o enclosures)