# John Palmer Moss, Jr.

### Attorney at Law

675 Massachusetts Ave., Suite 900, Cambridge, Massachusetts 02139

(617) 491-1129

Fax: (617) 876-0780

November 21, 2006

Victor A. Wild, Esq.
Assistant U. S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way          Suite 9200
Boston, MA     02210

RE: U.S. v. Esther Arias
06-10305-DPW

Dear Victor:

Thanks for the discovery letters an attachments of October 30, November 8 and 10. There are several items I would like to clarify regarding the letter of October 30.

Item A1b of your letter addresses the issue of statement of Esther Arias. I request any statements of the co-defendant if not already provided. This would have obvious repercussions in a joint trial.

Item A1d5 appears to refer to the inventory listed in B. If this is not correct please let me know.

Item A1d7 refers to an IRS MOA of November 12, 2003 which refers to statements made by Cabrera. Please forward those statements.

Item A1d7 refers to a HUD MOI report of April 28, 2004. The report enclosed appears to be a duplicate of the report in A1d6. Is this correct or is there another report?

Item A4 refers to reports of fingerprint analysis. Please forward copies of those documents so that I may review them with Ms. Arias.

Item F refers to USPIS MOI's of March 10 and April 11, 2005. Those were not included in the discovery package. Please send them at your earliest convenience.