## AFFIDAVIT IN SUPPORT OF MOTION TO JOIN CO-DEFENDANT'S MOTION TO SUPPRESS

I, Esther Angelica Arias depose and say:

1. That I am the defendant in this case.

2. That I have learned that the police stopped and searched my co-defendant, Gladys Cabrera, on January 10, 2004 as she was driving a motor vehicle. As a result of this stop items were taken from the automobile driven by her. I understand that those items may be used in evidence against me.

3. The automobile driven by Ms. Cabrera was the property of the North Reading-Lynnfield Taxi Company. I was employed by that company as a driver and had permission to use the vehicle. I had been given the vehicle to use in my work. I had permission to use the vehicle in my work for the taxi company. My job was to drive school children to school. I had control of the vehicle twenty four hours per day and was not aware of any limitations on my control except that I was not to damage the vehicle and I was to complete my assignments. I was able to use the automobile in any way that I saw fit and treated the vehicle the same as if I owned it.

4. At the time of the stop and search of my vehicle I was in the custody of the Lynn Police as I was arrested hours before. Ms. Cabrera had my permission to use the vehicle to return the vehicle to the taxi company as I was unable to go to work. Ms. Cabrera and

I have been friends of years and I trusted that she would return the vehicle. I gave my permission for the limited purpose of returning the vehicle to the taxi owner.

5. I was not present at the time of the stop or search of the vehicle. The stop and search of the vehicle were conducted without my consent or knowledge and in violation of my privacy rights.

                                    Signed under penalties of perjury:

                                    _____
                                    Esther Angelica Arias

                                    March 14, 2007