UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>    v.    )<br>)<br>ESTHER ARIAS,    )<br>Defendant.    ) | C.R. No.06-10305-MLW |

ORDER

WOLF, D.J.                                                     April 25, 2007

For the reasons stated in court on April 25, 2007, it is hereby ORDERED that:

1. The defendant Esther Arias' first Motion to Suppress (Docket No. 30-1) is DENIED.

2. Arias' second Motion to Suppress (Docket No. 40) is DENIED.

3. The parties shall, by May 4, 2007, report to the court whether a trial will be necessary.

4. A scheduling or Rule 11 hearing will be held on May 9, 2007, at 3:00 p.m.

                                        /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE