UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL  06-10305-MLW

_____
UNITED STATES OF AMERICA

V.

ESTHER ARIAS
_____

**DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS FOR PROSPECTIVE JURORS**

Now comes the defendant in the above matter and respectfully moves this Court to allow counsel to individually examine prospective jurors by inquiring of each prospective juror as follows:

1. Are you or any family or close friend a member of any law enforcement agency or employed by the postal service or any governmental agency?
2. Would you give more weight to a witness who was employed by a government agency or by a law enforcement agency?
3. Have you ever been the recipient of monetary benefits provided by the Section 8 housing program, either as a landlord or a tenant?
4. Have you are any member of your family or a close friend been the victim of a theft of any kind, including mail and identity theft?
5. Do you think that a defendant should testify in her own behalf?
6. Do you think that if a person is innocent they should testify or at least present witnesses in their own

   behalf?

7. Would you be able to follow the Court's instruction to find someone not guilty even if you thought they "probably" committed a crime?

8. Having heard the various charges against the defendant, is there any reason why you could not remain impartial and carefully consider the evidence before making a decision?

9. Have you read or heard any publicity or news reports regarding this case or other cases involving identity theft?

10.  Is there any personal reason, a job or family obligation which would make it difficult for you to devote the time and energy to carefully consider the evidence in this case over a period of several weeks?


                        Esther Angelica Arias
                        by her attorney,


                        /s/ John P. Moss, Jr.
                        675 Massachusetts Ave.
                        P.O. Box 88
                        Cambridge, Massachusetts 02139
                        617-491-1129
                        jpmossjr@aol.co