UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| United States of America | ) ) ) | |
| v. | ) ) | Criminal No.:  06-10305-MLW |
| Esther Arias, Defendant | ) ) ) ) | |

**MOTION IN OPPOSITION TO MOTION TO AMEND INDICTMENT**

The defendant, by and through her attorney, Jose A. Espinosa and respectfully asks this Honorable court to deny the Government's Motion to Amend the Indictment in the above referenced matter.

In support thereof, the defendant states that the proposed amendment constitutes a material change in Count Twenty-Two of the indictment and greatly prejudices the defendant.  This amendment would be particularly prejudicial as it comes less than a week before the scheduled start of trial.

The government claims that this amendment would be merely a correction of a typographical error and thus there would be no prejudice.  Under different circumstances this argument would be persuasive, particularly in light of the numerous cases cited in the government's motion.  However, given the characteristics of this particular case allowing this amendment would not reflect the correction of a simple typographical error, but allege an altogether new charge.  Although counsel can find no cases to support this position, review of cases citied by the government reveal definite distinctions between the allowed amendments that are the subject of those cases and the present case.  Here,

the instant indictment lists literally dozens of counts, citing numerous alleged victims in multiple charges of violating multiple statutes.  Both L.M. and G.L. are listed as alleged victims in these counts, along with many other individuals.  Substituting one for the other at this late date would create a materially different count.  Were the defendant charged with one count of mail fraud in relation to a criminal act, she would have notice even with the victim improperly named.  But fact that there are nearly 50 counts dictates that each count must be properly set forth to allow proper defense.

      WHEREFORE, the defendant respectfully requests this court deny the government's Motion to Amend Indictment as to Count Twenty-Two.

Dated: November 14, 2007                             Respectfully Submitted,

      /s/ Jose A. Espinosa
Jose A. Espinosa
Attorney for the Defendant
11 Green Street
Jamaica Plain, MA 02130
(617)522-4849
BBO# 156220