UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America )<br>)<br>v. )<br>)<br>Esther Arias, )<br>        Defendant )<br>) | Criminal No.: 06-10305-MLW |

**MOTION FOR A JUDGMENT OF ACQUITTAL**

Now comes the defendant in the above-entitled matter and pursuant to Fed. R. Crim. P., Rule 29(a), moves that this Honorable court enter a finding of not guilty on the above-numbered Indictment at the close of the Government's case.

As grounds therefore, the defendant states that the evidence presented by the Government was insufficient, as a matter of both fact and law, to sustain convictions on the charges against the defendant.

Dated: December 3, 2007

Respectfully Submitted,
Esther Angelica Arias,
By Her Attorney,

_____
Jose A. Espinosa
11 Green Street
Jamaica Plain, MA 02130
(617)522-4849
BBO# 156220