UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Criminal No.: 06-10305-MLW |
| ) | |
| Esther Arias, ) | |
| Defendant ) | |

**DEFENDANT'S REQUESTED JURY INSTRUCTION**

Now comes the defendant in the above-entitled matter and respectfully submits the following request for jury instruction regarding the defense of duress:

    To have duress, three things must be present. First, the defendant must have received a present and immediate threat which caused him to have a well-founded fear of imminent death or serious bodily injury if he did not do the criminal act. That must be imminent and must be present throughout the commission of the crime. Second, the defendant must have had no reasonable opportunity to escape. And third, the defendant, or any other person of reasonable firmness, must have had no other choice and been unable to do otherwise in the circumstances.

The defendant reserves its right to further supplement or modify the requested instruction in light of further requests, if any, filed by the Government and the evidence in the case.

Dated: December 3, 2007

                                                                                            Respectfully Submitted,
                                                                          Esther Angelica Arias,
                                                                          By Her Attorney,

                                                                          Jose A. Espinosa
                                                                          11 Green Street
                                                                          Jamaica Plain, MA 02130
                                                                          (617)522-4849
                                                                          BBO# 156220