UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 06-10305-MLW |
| | ) |
| ESTHER ARIAS, | ) |
| Defendant | ) |

### VERDICT

We the jury find the defendant Esther Arias:

__GUILTY_____ on Count 1.

__GUILTY_____ on Count 3.

__GUILTY_____ on Count 7.

__GUILTY_____ on Count 9.

__GUILTY_____ on Count 10.

__GUILTY_____ on Count 13.

__GUILTY_____ on Count 16.

__GUILTY_____ on Count 17.

__GUILTY_____ on Count 18.

__GUILTY_____ on Count 19.

__GUILTY_____ on Count 20.

___GUILTY_____ on Count 21.

___GUILTY_____ on Count 22.

___GUILTY_____ on Count 23.

___GUILTY_____ on Count 25.

___GUILTY_____ on Count 26.

___GUILTY_____ on Count 27.

___GUILTY_____ on Count 28.

___GUILTY_____ on Count 29.

___GUILTY_____ on Count 30.

___GUILTY_____ on Count 31.

___GUILTY_____ on Count 32.

___GUILTY_____ on Count 33.

___GUILTY_____ on Count 34.

___GUILTY_____ on Count 35.

___GUILTY_____ on Count 36.

___GUILTY_____ on Count 37.

_____GUILTY_____ on Count 38.

_____GUILTY_____ on Count 39.

_____GUILTY_____ on Count 40.

_____GUILTY_____ on Count 41.

_____GUILTY_____ on Count 42.

_____GUILTY_____ on Count 43.

_____GUILTY_____ on Count 44.

_____GUILTY_____ on Count 45.

_____GUILTY_____ on Count 46.

_____GUILTY_____ on Count 47.

DEC 7, 2007
DATE

FOREPERSON
RONALD REILLY