UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America ) | |
| ) | |
| v.  ) | Criminal No.: 06-10305-MLW |
| ) | |
| Esther Arias, ) | |
|     Defendant ) | |

NOTICE OF APPEAL

Notice is hereby given that Esther Angelica Arias, defendant is the above0named case, hereby appeals, pursuant to F.R.C.P. Rule 32 and F.R.A.P. Rule 3 and Rule 4, to the United States Court of Appeals for the First Circuit from the conviction entered in this action on the 7th day of December, 2007.

                                            Respectfully Submitted,
                                            Esther Angelica Arias,
                                            By her Attorney,


                                            __/s/ Jose A. Espinosa_____
                                            Jose A. Espinosa
                                            11 Green Street
                                            Jamaica Plain, MA 02130
                                            617-522-4849
                                            BBO# 156220