```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 06-10305-MLW |
| | ) | |
| ESTHER ARIAS, et al. | ) | |

<u>ORDER</u>                                             March 18, 2008

For the reasons stated in court on March 17, 2008, it is hereby ORDERED that:

1. The motions of defendant Esther Arias ("Arias") for court-appointed counsel (Docket Nos. 212 and 214) are DENIED.

2. By March 25, 2008, Jose Espinosa, counsel for Arias, shall file a sentencing memorandum on her behalf.

3. By March 27, 2008, Arias shall personally file:

    a. Any additional objections to the Pre-Sentence Report;

    b. Any additional arguments she wishes to make concerning her sentence; and

    c. A statement of whether she has retained new counsel for sentencing, whether Mr. Espinosa will then represent her, or whether she will then represent herself, with or without the advice and assistance of Mr. Espinosa. If Mr. Espinosa continues as counsel, the court will also address any additional objections or arguments Arias has presented personally.

4. Any responses to Arias' filings shall be filed by April 4, 2008.

5. Probation shall submit a revised Pre-Sentence Report by

April 9, 2008.

    6. Probation shall ensure that Arias personally receives copies of her Pre-Sentence Report, the Government's Sentencing Memorandum, and this Order, to retain in her possession, as soon as possible.

    7. A sentencing hearing for Arias and co-defendant Gladys Cabrera shall be held on April 14, 2008, at 9:00 a.m., and will continue on April 15, 2008, if necessary.

                                 /s/ Mark L. Wolf
                          UNITED STATES DISTRICT JUDGE