IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2010 APR 29 P 1: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION TO VACATE, SET ASIDE, OR CORRECT
SENTENCE PURSUANT TO 28 U.S.C. § 2255

ESTHER ARIAS
vs.
UNITED STATES OF AMERICA

CASE NO.

1:06 Cr 10305

06 Cr 10092

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                    )
                                    )
                                    )
ESTHER ARIAS                        )
        Petitioner,                 )
                                    )
                                    )
-vs-                                )    CASE NO: 1:06 CR 10305
                                    )
                                    )
UNITED STATES OF AMERICA            )
        Respondent.                 )
                                    )
```

PETITIONER"S REQUEST FOR LEAVE TO RESPOND TO ANY ARGUMENT
THE GOVERNMENT MAY SUBMIT IN OPPOSITION TO
THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR
CORRECT A SENTENCE PURSUANT TO 28 U.S.C. § 2255 & FOR APPOINTMENT
OF COUNSEL IN THE INTEREST OF JUSTICE

COMES NOW, the Petitioner, Esther Arias, pro se, and respectfully asks this Honorable Court to grant her time in which to file a memorandum to any argument the Government may submit in opposition to this Motion pursuant to 28 U.S.C. § 2255. The Petitioner respectfully requests a period of 30 to 60 days in which to reply. The Petitioner would like a chance to back up all contentions brought forth within this motion. Arias also would like to incorporate this motion for appointment of counsel in the interest of her liberty and justice.

Wherefore, the Petitioner, Esther Arias, prays this Honorable Court will grant the Petitioner's request. and any other relief this Honorable Court deems appropriate.

Respectfully submitted,

_____
Esther Arias

## MOTION UNDER 28 U.S.C. §2255 TO VACATE SET ASIDE OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court for the District of __Massachusetts__

Name of Movant ___Esther Arias___

Prisoner No.___26214-038___          Case No.___1:06 CR 10305 001 ML___

UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

V. ESTHER ARIAS

_____ (name under which convicted)

### MOTION

Name and location of Court which entered the judgment of conviction under attack _____
District of Massachusetts

Date of judgment of conviction ___April 22, 2008___

Length of sentence __144 months consecutive to case #10092 of (5 years)__

Name of offense involved (all counts) _____
_____
_____

What was your plea? (Check one)

a) Not guilty          □
b) Guilty              □
c) Nolo contender      □

If you entered a guilty plea to one count or indictment and a not guilty plea to another count or indictment, give detail: _____
_____
_____

If you pleaded not guilty, what kind of trial did you have? (Check one)

a. Jury          ☒
b. Judge only    □

−1−

Did you testify at trial?

Yes   ☒        No      ☐

Did you appeal from the judgment of conviction?

Yes   ☒        No      ☐

If you did appeal, answer the following:

   a.  Name of court   United States Court of Appeals for the First Circuit
   b.  Result   affirmed
   c.  Date of result   March 25, 2009

Other than a direct appeal from the judgment of conviction and sentence, have you previously
filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes   ☒        No      ☐

If your answer was "yes" to the last question, give the following information:

   a.  1. Name of court   Supreme Court of the UnitedStates
      2. Name of proceeding   Writ of Cert

      3. Grounds raised   Whether the district court imposed an unreasonable
      sentence. #2 Whether the government's closing argument deprived Arias
      of a fair trial.

      4. Did you receive an evidentiary hearing on your petition, application, or motion?
      Yes   ☐        No      ☒
      5. Result   Cert denied
      6. Date of result
   b.  As to any second petition, application, or motion?
      1. Name of court
      2. Name of proceeding

      3. Grounds raised

      4. Did you receive an evidentiary hearing on your petition, application, or motion?
      Yes   ☐        No      ☐
      5. Result
      6. Date of result

c.  Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition or motion?

1. First person, etc.      Yes      ☐      No      ☐

2. Second person, etc.    Yes      ☐      No      ☐

d.  If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


State concisely every ground on which you claim that you are being held in violation of the constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege these facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

a) Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

b) Conviction obtained by use of coerced confession.

c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

d) Conviction obtained by use of evidence pursuant to an unlawful arrest.
e) Conviction obtained by violation of the privilege against self-incrimination.
f) Conviction obtained by a violation against the protection against double jeopardy.
g) Conviction obtained by action of a grand jury which was unconstitutionally selected and impaneled.
h) Denial of effective assistance of counsel.
i) Denial of right to appeal.

A. Ground one:   Denial of Effective Assistance of Counsel

Supporting FACT (state briefly without citing cases or law) _____

_____ SEE ATTACHED _____

B. Ground two:  Due Process Violation

Supporting FACT (state briefly without citing cases or law)  The
Government must prove the defendant knew the means of
identification actually belonged to another person.

See Figueroa v United States May 04, 2009.

In the instant case the Government did not prove identification
C. Ground three: belonged to another

Supporting FACT (state briefly without citing cases or law) _____

D. Ground four: _____

Supporting FACT (state briefly without citing cases or law) _____

If ANY of these grounds were not previously presented, state briefly what grounds were not presented and give your reasons for not presenting them: _____

_____
_____
_____
_____

Do you have any petition or appeal now pending in any court as to the judgment under attack:

Yes    ☐    **No**    ☐

Give the names and addresses, if known, of each attorney who represented you in the following stages of the judgment attacked herein.

a) At preliminary hearing: _____ **John Palmer Moss** _____
_____

b) At arraignment and plea: __ **same** _____
_____

c) At trial: __ **Jose Espinosa** _____
_____

d) At sentencing: __ **pro se/Espinosa** _____

e) On appeal: __ **James Michael Fox** _____
_____

f) In any post-conviction proceeding: ____ **pro se** _____
_____

g) On appeal from any adverse ruling in a post-conviction proceeding: _____
_____

Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes    ☒    **No**    ☐

Do you have a future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes    ☐    **No**    ☒

a) If so, give name and location of court which imposed sentence to be served in the future: _____
_____

b) Give date and length of the above sentence: _____
_____

-5-

c) Have you filed, or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐     No ☒

Therefore, movant prays that the Court grant him/her all the relief to which he/she may be entitled in this proceeding.

_____

Signature of attorney (if any)

I swear under penalty of perjury that the foregoing is true and correct. Executed on:

_____4-19.10_____

Date

Signature of Movant

−6−

**SUPPORTING FACTS FOR GROUNDS RAISED WITHIN
PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255**

**GROUND 1:   Ineffective Assistance of Counsel**

**Supporting Facts:** It has long been established that a person who is being accused
of a crime has a right to effective assistance of counsel through all critical
stages of the proceedings being held against them. This fact was established in the
U.S. Constitution under the Sixth Amendment. The Petitioner in this case was offered
an extremely low standard of assistance for numerous reasons which are critical to
the outcome of the proceedings held against her, thus the conviction was obtained
through a violation of the Petitioner's Fifth and Sixth Amendment and Fifth
Amendment rights under the Constitution.

Counsel for Petitioner, Mr. Espinosa, was ineffective from the start of the
proceedings involved in this petition as well as her consecutive sentence. He failed
to investigate, refused to call witnesses with exculpatory information, did not call
experts, refused to provide the Government with the requested alibi on the specific
day, and did not make Aria privy to the evidence the Government had against her.
On her 5 year consecutive sentence, he failed to inform the Court about witness
Familia's false testimony(testimony Attorney Espinosa knew was false), he refused
to obtain and provide the Court at trial with State records showing Arias was
incarcerated at the time of certain crimes she is accused of and refused to speak
in the Petitioner's defense when representation was most crucial. Trial counsel,
Espinosa, slept through critical testimony of key witnesses and deprived Petitioner
of the right to effective assistance of counsel, even in light absent of identifying
any specific errors resulting in prejudice, prejudice arose from the fact that
during critical portions of trial, which Petitioner's liberty was at stake,
Petitioner had no counsel. **See Tippins v. Walker, 77 F.3d 682(2nd Cir. 1996).**

Counsel for Arias violated ethical standards set forth for attorneys, when he did not voluntarily withdraw after an obvious conflict of of interest, total lack of enthusiasm when it came to keeping his client up to date on the events pertaining to her case, and his disregard for the break down in communication between him and his client.

Because of the aforementioned reasons, the Petitioner was subjected to both insufficient performance and prejudice as described in **Strickland v. Washington, 466 U.S. 668, 80 L.Ed.2d 674, 104 S.Ct. 2052(9184).** Had Espinosa been of even partial effectiveness, the Petitioner would not be serving the sentence that was imposed on her in this case.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2010 APR 29 P 1: 49

## MOTION TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE PURSUANT TO 28 U.S.C. § 2255

### ESTHER ARIAS
### vs.
### UNITED STATES OF AMERICA

### CASE NO.

1:06 Cr 10305

06 Cr 10092

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
                                    )
                                    )
                                    )
ESTHER ARIAS                        )
        Petitioner,                 )
                                    )
                                    )
-vs-                                )   CASE NO: 1:06 CR 10305
                                    )
                                    )
UNITED STATES OF AMERICA            )
        Respondent.                 )
                                    )
```

PETITIONER"S REQUEST FOR LEAVE TO RESPOND TO ANY ARGUMENT
THE GOVERNMENT MAY SUBMIT IN OPPOSITION TO
THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR
CORRECT A SENTENCE PURSUANT TO 28 U.S.C. § 2255 & FOR APPOINTMENT
OF COUNSEL IN THE INTEREST OF JUSTICE

**COMES NOW,** the Petitioner, Esther Arias, pro se, and respectfully asks this Honorable Court to grant her time in which to file a memorandum to any argument the Government may submit in opposition to this Motion pursuant to 28 U.S.C. § 2255. The Petitioner respectfully requests a period of 30 to 60 days in which to reply. The Petitioner would like a chance to back up all contentions brought forth within this motion. Arias also would like to incorporate this motion for appointment of counsel in the interest of her liberty and justice.

Wherefore, the Petitioner, Esther Arias, prays this Honorable Court will grant the Petitioner's request. and any other relief this Honorable Court deems appropriate.

Respectfully submitted,

Esther Arias

## MOTION UNDER 28 U.S.C. §2255 TO VACATE SET ASIDE OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court for the District of <u>Massachusetts</u>

Name of Movant ___<u>Esther Arias</u>

Prisoner No.__<u>26214-038</u>_____ Case No.__<u>1:06 CR 10305 001 ML</u>

UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

V.  ESTHER ARIAS

_____ (name under which convicted)

### MOTION

Name and location of Court which entered the judgment of conviction under attack _____
<u>District of Massachusetts</u>

Date of judgment of conviction __<u>April 22, 2008</u>

Length of sentence ___<u>144 months consecutive to case #10092 of (5 years)</u>

Name of offense involved (all counts) _____

What was your plea? (Check one)

a) Not guilty          ☐

b) Guilty              ☐

c) Nolo contender      ☐

If you entered a guilty plea to one count or indictment and a not guilty plea to another count or indictment, give detail: _____

If you pleaded not guilty, what kind of trial did you have? (Check one)

a. Jury            ☒

b. Judge only      ☐

-1-

Did you testify at trial?

Yes   ☒    No   ☐

Did you appeal from the judgment of conviction?

Yes   ☒    No   ☐

If you did appeal, answer the following:

a. Name of court   <u>United States Court of Appeals for the First Circuit</u>
b. Result   <u>affirmed</u>
c. Date of result   <u>March 25, 2009</u>

Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes   ☒    No   ☐

If your answer was "yes" to the last question, give the following information:

a. 1. Name of court   <u>Supreme Court of the UnitedStates</u>
   2. Name of proceeding <u>Writ of Cert</u>

   3. Grounds raised <u>Whether the district court imposed an unreasonable</u>
   <u>sentence. #2 Whether the government's closing argument deprived Arias</u>
   <u>of a fair trial.</u>

   4. Did you receive an evidentiary hearing on your petition, application, or motion?

   Yes   ☐    No   ☒
   5. Result   <u>Cert denied</u>
   6. Date of result _____

b. As to any second petition, application, or motion?
   1. Name of court _____
   2. Name of proceeding _____

   3. Grounds raised _____

   4. Did you receive an evidentiary hearing on your petition, application, or motion?

   Yes   ☐    No   ☐
   5. Result _____
   6. Date of result _____

c.  Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition or motion?

1.  First person, etc.     Yes      ☐       No      ☐

2.  Second person, etc.    Yes      ☐       No      ☐

d.  If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

State concisely every ground on which you claim that you are being held in violation of the constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege these facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

a)  Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

b)  Conviction obtained by use of coerced confession.

c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

d) Conviction obtained by use of evidence pursuant to an unlawful arrest.
e) Conviction obtained by violation of the privilege against self-incrimination.
f) Conviction obtained by a violation against the protection against double jeopardy.
g) Conviction obtained by action of a grand jury which was unconstitutionally selected and impaneled.
h) Denial of effective assistance of counsel.
i) Denial of right to appeal.

A. Ground one: ___Denial of Effective Assistance of Counsel___

_____

Supporting FACT (state briefly without citing cases or law) _____

_____

_____

_____**SEE ATTACHED**_____

_____

B. Ground two: __Due Process Violation_____

_____

Supporting FACT (state briefly without citing cases or law) __The____
Government must prove the defendant knew the means of
identification actually belonged to another person.

**See Figueroa v United States May 04, 2009.**

In the instant case the Government did not prove identification
C. Ground three: belonged to another _____

_____

Supporting FACT (state briefly without citing cases or law) _____

_____

_____

_____

D. Ground four: _____

_____

Supporting FACT (state briefly without citing cases or law) _____

_____

_____

_____

_____

If ANY of these grounds were not previously presented, state briefly what grounds were not presented and give your reasons for not presenting them: _____

_____

_____

_____

_____

Do you have any petition or appeal now pending in any court as to the judgment under attack:

Yes ☐   No ☐

Give the names and addresses, if known, of each attorney who represented you in the following stages of the judgment attacked herein.

a) At preliminary hearing: _____ **John Palmer Moss** _____

_____

b) At arraignment and plea: __ **same** _____

_____

c) At trial: __ **Jose Espinosa** _____

_____

d) At sentencing: __ **pro se/Espinosa** _____

e) On appeal: __ **James Michael Fox** _____

_____

f) In any post-conviction proceeding: __ **pro se** _____

_____

g) On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☒   No ☐

Do you have a future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐   No ☒

a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

b) Give date and length of the above sentence: _____

_____

   c)  Have you filed, or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?

      Yes    □     No    ☒

Therefore, movant prays that the Court grant him/her all the relief to which he/she may be entitled in this proceeding.

_____

Signature of attorney (if any)


I swear under penalty of perjury that the foregoing is true and correct. Executed on:

_____4-19.10_____

Date

_____

Signature of Movant

SUPPORTING FACTS FOR GROUNDS RAISED WITHIN
PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255

GROUND 1:  Ineffective Assistance of Counsel

**Supporting Facts**: It has long been established that a person who is being accused of a crime has a right to effective assistance of counsel through all critical stages of the proceedings being held against them. This fact was established in the U.S. Constitution under the Sixth Amendment. The Petitioner in this case was offered an extremely low standard of assistance for numerous reasons which are critical to the outcome of the proceedings held against her, thus the conviction was obtained through a violation of the Petitioner's Fifth and Sixth Amendment and Fifth Amendment rights under the Constitution.

Counsel for Petitioner, Mr. Espinosa, was ineffective from the start of the proceedings involved in this petition as well as her consecutive sentence. He failed to investigate, refused to call witnesses with exculpatory information, did not call experts, refused to provide the Government with the requested alibi on the specific day, and did not make Aria privy to the evidence the Government had against her. On her 5 year consecutive sentence, he failed to inform the Court about witness Familia's false testimony(testimony Attorney Espinosa knew was false), he refused to obtain and provide the Court at trial with State records showing Arias was incarcerated at the time of certain crimes she is accused of and refused to speak in the Petitioner's defense when representation was most crucial. Trial counsel, Espinosa, slept through critical testimony of key witnesses and deprived Petitioner of the right to effective assistance of counsel, even in light absent of identifying any specific errors resulting in prejudice, prejudice arose from the fact that during critical portions of trial, which Petitioner's liberty was at stake, Petitioner had no counsel. See **Tippins v. Walker**, 77 F.3d 682(2nd Cir. 1996).

Counsel for Arias violated ethical standards set forth for attorneys, when he did not voluntarily withdraw after an obvious conflict of of interest, total lack of enthusiasm when it came to keeping his client up to date on the events pertaining to her case, and his disregard for the break down in communication between him and his client.

Because of the aforementioned reasons, the Petitioner was subjected to both insufficient performance and prejudice as described in **Strickland v. Washington, 466 U.S. 668, 80 L.Ed.2d 674, 104 S.Ct. 2052(9184)**. Had Espinosa been of even partial effectiveness, the Petitioner would not be serving the sentence that was imposed on her in this case.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**MOTION TO VACATE, SET ASIDE, OR CORRECT
SENTENCE PURSUANT TO 28 U.S.C. § 2255**

**ESTHER ARIAS
vs.
UNITED STATES OF AMERICA**

**CASE NO.**

**1:06 Cr 10305**

06 cr 10092

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ESTHER ARIAS
    Petitioner,

  -vs-

UNITED STATES OF AMERICA
    Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: 1:06 CR 10305

---

PETITIONER"S REQUEST FOR LEAVE TO RESPOND TO ANY ARGUMENT
THE GOVERNMENT MAY SUBMIT IN OPPOSITION TO
THE PETITIONER'S MOTION TO VACATE, SET ASIDE, OR
CORRECT A SENTENCE PURSUANT TO 28 U.S.C. § 2255 & FOR APPOINTMENT
OF COUNSEL IN THE INTEREST OF JUSTICE

---

**COMES NOW,** the Petitioner, Esther Arias, pro se, and respectfully asks this Honorable Court to grant her time in which to file a memorandum to any argument the Government may submit in opposition to this Motion pursuant to 28 U.S.C. § 2255. The Petitioner respectfully requests a period of 30 to 60 days in which to reply. The Petitioner would like a chance to back up all contentions brought forth within this motion. Arias also would like to incorporate this motion for appointment of counsel in the interest of her liberty and justice.

Wherefore, the Petitioner, Esther Arias, prays this Honorable Court will grant the Petitioner's request. and any other relief this Honorable Court deems appropriate.

Respectfully submitted,

Esther Arias

## MOTION UNDER 28 U.S.C. §2255 TO VACATE SET ASIDE OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY

*United States District Court for the District of* <u>Massachusetts</u>

Name of Movant <u>Esther Arias</u>

Prisoner No. <u>26214-038</u>          Case No. <u>1:06 CR 10305 001 ML</u>

UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

V. ESTHER ARIAS

_____ (name under which convicted)

### MOTION

Name and location of Court which entered the judgment of conviction under attack _____
<u>District of Massachusetts</u>

Date of judgment of conviction  <u>April 22, 2008(?)</u>

Length of sentence  <u>144 months consecutive to case #10092 of (5 years)</u>

Name of offense involved (all counts) _____

What was your plea? (Check one)

a)  Not guilty          ☐
b)  Guilty              ☐
c)  Nolo contender      ☐

If you entered a guilty plea to one count or indictment and a not guilty plea to another count or indictment, give detail: _____

If you pleaded not guilty, what kind of trial did you have? (Check one)

a.  Jury            ☒
b.  Judge only      ☐

-1-

Did you testify at trial?

Yes    ☒    No    ☐

Did you appeal from the judgment of conviction?

Yes    ☒    No    ☐

If you did appeal, answer the following:

    a.  Name of court  United States Court of Appeals for the First Circuit
    b.  Result  affirmed
    c.  Date of result  March 25, 2009

Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes    ☒    No    ☐

If your answer was "yes" to the last question, give the following information:

    a.  1. Name of court  Supreme Court of the UnitedStates
        2. Name of proceeding  Writ of Cert

        3. Grounds raised  Whether the district court imposed an unreasonable
        sentence. #2 Whether the government's closing argument deprived Arias
        of a fair trial.

        4. Did you receive an evidentiary hearing on your petition, application, or motion?
        Yes    ☐    No    ☒
        5. Result  Cert denied
        6. Date of result
    b.  As to any second petition, application, or motion?
        1. Name of court
        2. Name of proceeding

        3. Grounds raised

        4. Did you receive an evidentiary hearing on your petition, application, or motion?
        Yes    ☐    No    ☐
        5. Result
        6. Date of result

c. Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition or motion?

1. First person, etc.      Yes      ☐      No      ☐

2. Second person, etc.      Yes      ☐      No      ☐

d. If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

State concisely every ground on which you claim that you are being held in violation of the constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege these facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    a) Conviction obtained by a plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    b) Conviction obtained by use of coerced confession.
    c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

d) Conviction obtained by use of evidence pursuant to an unlawful arrest.
e) Conviction obtained by violation of the privilege against self-incrimination.
f) Conviction obtained by a violation against the protection against double jeopardy.
g) Conviction obtained by action of a grand jury which was unconstitutionally selected and impaneled.
h) Denial of effective assistance of counsel.
i) Denial of right to appeal.

A. Ground one: <u>Denial of Effective Assistance of Counsel</u>

Supporting FACT (state briefly without citing cases or law) _____

<u>SEE ATTACHED</u>

B. Ground two: <u>Due Process Violation</u>

Supporting FACT (state briefly without citing cases or law) <u>The Government must prove the defendant knew the means of identification actually belonged to another person.</u>

**See Figueroa v United States May 04, 2009.**

In the instant case the Government did not prove identification
C. Ground three: belonged to another

Supporting FACT (state briefly without citing cases or law) _____

D. Ground four: _____

Supporting FACT (state briefly without citing cases or law) _____

If ANY of these grounds were not previously presented, state briefly what grounds were not presented and give your reasons for not presenting them: _____

_____
_____
_____
_____
_____

Do you have any petition or appeal now pending in any court as to the judgment under attack:

Yes ☐     No ☐

Give the names and addresses, if known, of each attorney who represented you in the following stages of the judgment attacked herein.

a) At preliminary hearing: _____John Palmer Moss_____

b) At arraignment and plea: __same__

c) At trial: __Jose Espinosa__

d) At sentencing: __pro se/Espinosa__

e) On appeal: __James Michael Fox__

f) In any post-conviction proceeding: __pro se__

g) On appeal from any adverse ruling in a post-conviction proceeding: _____

Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☒     No ☐

Do you have a future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐     No ☒

a) If so, give name and location of court which imposed sentence to be served in the future: _____

b) Give date and length of the above sentence: _____

-5-

c) Have you filed, or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐       No ☒

Therefore, movant prays that the Court grant him/her all the relief to which he/she may be entitled in this proceeding.

_____

Signature of attorney (if any)

I swear under penalty of perjury that the foregoing is true and correct. Executed on:

4-19.10
_____

Date

_____

Signature of Movant

SUPPORTING FACTS FOR GROUNDS RAISED WITHIN
PETITIONER'S MOTION PURSUANT TO 28 U.S.C. § 2255


**GROUND 1:**   **Ineffective Assistance of Counsel**


**Supporting Facts:** It has long been established that a person who is being accused of a crime has a right to effective assistance of counsel through all critical stages of the proceedings being held against them. This fact was established in the U.S. Constitution under the Sixth Amendment. The Petitioner in this case was offered an extremely low standard of assistance for numerous reasons which are critical to the outcome of the proceedings held against her, thus the conviction was obtained through a violation of the Petitioner's Fifth and Sixth Amendment and Fifth Amendment rights under the Constitution.

Counsel for Petitioner, Mr. Espinosa, was ineffective from the start of the proceedings involved in this petition as well as her consecutive sentence. He failed to investigate, refused to call witnesses with exculpatory information, did not call experts, refused to provide the Government with the requested alibi on the specific day, and did not make Aria privy to the evidence the Government had against her. On her 5 year consecutive sentence, he failed to inform the Court about witness Familia's false testimony(testimony Attorney Espinosa knew was false), he refused to obtain and provide the Court at trial with State records showing Arias was incarcerated at the time of certain crimes she is accused of and refused to speak in the Petitioner's defense when representation was most crucial. Trial counsel, Espinosa, slept through critical testimony of key witnesses and deprived Petitioner of the right to effective assistance of counsel, even in light absent of identifying any specific errors resulting in prejudice, prejudice arose from the fact that during critical portions of trial, which Petitioner's liberty was at stake, Petitioner had no counsel. See **Tippins v. Walker**, 77 F.3d 682(2nd Cir. 1996).

Counsel for Arias violated ethical standards set forth for attorneys, when he did not voluntarily withdraw after an obvious conflict of of interest, total lack of enthusiasm when it came to keeping his client up to date on the events pertaining to her case, and his disregard for the break down in communication between him and his client.

Because of the aforementioned reasons, the Petitioner was subjected to both insufficient performance and prejudice as described in **Strickland v. Washington, 466 U.S. 668, 80 L.Ed.2d 674, 104 S.Ct. 2052(9184).** Had Espinosa been of even partial effectiveness, the Petitioner would not be serving the sentence that was imposed on her in this case.

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND EXACT COPY
OF THE FOREGOING MOTION, HAS BEEN FORWARDED ON
THIS __26__ DAY OF __APRIL__, 20 _10_,
TO THE FOLLOWING PARTY:

Victor Wild
1 Courthouseway
Boston, MA 02210

U.S. DISTRICT COURT
DISTRICT OF MASS.
2010 APR 29 P 2: 11
FILED
IN CLERKS OFFICE

NAME: Esther Arias
NO: # 26214038