UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 06-10305-MLW |
| | ) |
| ESTHER ARIAS, | ) |
|     Defendant. | ) |

ORDER

WOLF, D.J.                                                             April 4, 2014

Pursuant to the December 10, 2013 Memorandum and Order, defendant Esther Arias has filed an amended motion under 28 U.S.C. §2255 to vacate, set aside, or correct the sentence imposed on her. Her amended motion claims that Arias received ineffective assistance from her trial counsel, Jose A. Espinosa, Esq. As explained in the December 10, 2013 Memorandum and Order, by making these claims, Arias has waived the attorney-client privilege with respect to all relevant communications. See Bittaker v. Woodford, 331 F.3d 715 (9th Cir. 2003); Johnson v. Alabama, 256 F.3d 1156, 1178-79 (11th Cir. 2001).

Accordingly, it is hereby ORDERED that:

1. By May 2, 2014, Mr. Espinosa shall file and serve an affidavit addressing Arias's contentions and detailing any pertinent conversations, correspondence, and documentation.

2. The government shall respond to the §2255 motion by June 2, 2014.

3. Any reply to the government's response shall be filed by June 23, 2014.

4. The government shall serve this Order on Mr. Espinosa, with a copy of the §2255 motion.

_____
UNITED STATES DISTRICT JUDGE