*ATTACHMENT A*

## Affidavit of Michael P. Manning

I, Michael P. Manning, state as follows:

1. I currently hold the position of Supervisory Customs and Border Protection Officer, U.S. Customs and Border Protection (CBP), Department of Homeland Security, Port of Boston, and have held this position for over five years. Prior to being promoted to my current position, I was a CBP Officer for four years.

2. I am currently assigned to the Passenger Analytical Unit and Counter Terrorism Response Team for the Port of Boston. I have received training and have been certified by CBP as being proficient in using CBP Computer systems involving the tracking of travel and border crossings of individuals and conveyances.

3. The Office of the United States Attorney for the District of Massachusetts has requested assistance in verifying a claim made by Esther Angelica ARIAS that she traveled between the United States and the Dominican Republic on two specific dates in December 2003.

4. The document provided by the Office of the United States Attorney represented that Esther Angelica ARIAS (DOB 04/03/1978) using Dominican Passport #103943577 departed the United States on 12/4/2003 aboard American Airlines flight 619 from New York destined to Las Americas (Dominican Republic), and returned to the United States from the Dominican Republic on 12/20/2003 aboard American Airlines flight 618 from Las Americas (Santo Domingo) to New York.

5. On June 28, 2011, I conducted a search of the CBP Automated Targeting System (ATS) in an attempt to verify the claims that Ms. ARIAS was a passenger on the flights noted in paragraph 3.

6. As stated in the CBP Notice of Privacy Act System of Records for ATS, published in the Federal Register on August 6, 2007 (72 FR 7243650):

- ATS is a module within the CBP Treasury Enforcement Communications System database. It is a decision-support tool that compares traveler, cargo, and conveyance information against intelligence and other enforcement data by incorporating risk-based targeting scenarios and assessments.
- Within ATS there are six separate and distinct components that perform screening of inbound and outbound cargo, conveyances, or travelers.
- One of these components is ATS-P for screening travelers and conveyances entering the United States in the air, sea and rail environments.
- ATS-P maintains Passenger Name Record (PNR) data, which is data provided to airlines and travel agents by or on behalf of air passengers seeking to book travel.
- CBP began receiving PNR data voluntarily from air carriers in 1997. Currently, CBP collects this information as part of its border enforcement mission and pursuant to the Aviation and Transportation Security Act of 2001 (ATSA).

- PNR data may include some combination of these following categories of information, when available:

    1. PNR record locator code.
    2. Date of reservation/issue of ticket.
    3. Date(s) of intended travel.
    4. Name(s).
    5. Available frequent flier and benefit information (i.e., free tickets, upgrades, etc.).
    6. Other names on PNR, including number of travelers on PNR.
    7. All available contact information (including originator of reservation).
    8. All available payment/billing information (e.g. credit card number).
    9. Travel itinerary for specific PNR.
    10. Travel agency/travel agent.
    11. Code share information (e.g., when one carrier sells seats on another air carrier's flight).
    12. Split/divided information (e.g., when one PNR contains a reference to another PNR).
    13. Travel status of passenger (including confirmations and check-in status).
    14. Ticketing information, including ticket number, one way tickets and Automated Ticket Fare Quote (ATFQ) fields.
    15. Baggage information.
    16. Seat information, including seat number.
    17. General remarks including Other Service Indicated (OSI), Special Service Indicated (SSI) and Supplemental Service Request (SSR) information.
    18. Any collected APIS information (e.g., Advance Passenger Information (API) that is initially captured by an air carrier within its PNR, such as passport number, date of birth and gender).
    19. All historical changes to the PNR listed in number 1 to 18.

7. My search of ATS for information regarding Ms. ARIAS claimed travel on the dates noted in paragraph 3 above, determined that there was no information in ATS indicating that Ms. ARIAS was a passenger on either of the flights noted in paragraph 3.

Signed under the pains and penalties of perjury this 21 day of July, 2011.

Michael P. Manning
Supervisory CBP Officer
U.S. Customs and Border Protection