```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 06-10305-MLW |
| | ) App. No. 15-1500 |
| ESTHER ARIAS, | ) |
|     Defendant. | ) |

```
                  MEMORANDUM AND ORDER
```

WOLF, D.J.                                    February 1, 2016

On March 31, 2015, the court denied petitioner Esther Arias's motion to vacate under 28 U.S.C. §2255 and denied a certificate of appealability as to all claims. Arias subsequently filed a petition for a certificate of appealability in the First Circuit. Arias has now moved for leave to appeal in forma pauperis. For the reasons stated below, the court is denying that motion.

I.   DISCUSSION

Arias's motion for leave to appeal in forma pauperis consists of a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) ("Short Form Application") and a prison account statement summarizing the deposits and debits to her institutional account over the preceding six months. In the Application, Arias represents that she is without any income or assets and that she owes $175,208 in restitution. The prison account statement indicates that her account balance is $53.90 and that she received an average of $554 per month in the preceding six months.

Under the Federal Rules of Appellate Procedure, a person moving for leave to appeal in forma pauperis must attach to her motion an affidavit that

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

Arias's Short Form Application does not contain the financial information required by Federal Rule of Appellate Procedure 24(a)(1)(A). Form 4 of the Appendix of Forms is a four-page document that requires an applicant to answer detailed questions about her income and assets as well as those of a spouse. Arias has not included that form. Without the information from this form, the court cannot determine whether the petitioner is financially eligible to appeal in forma pauperis.

Further, Arias's motion to appeal in forma pauperis does not include a statement of the issues she intends to present on appeal, as required under Federal Rules of Appellate Procedure 24(a)(1)(C). Arias's §2255 motion raised twenty different claims, including seventeen claims of ineffective assistance of counsel. See March 31, 2015 Memorandum and Order, at 6. At a minimum, she must specify which claims she is pursuing on appeal.

II.  ORDER

In view of the forgoing, it is hereby ORDERED that:

1.  Arias's Motion for Leave to Appeal In Forma Pauperis (Docket No. 417) is DENIED.

2.  If Arias still wishes to appeal in forma pauperis, she shall, by March 2, 2016, file a motion to appeal in forma pauperis with the United States Court of Appeals for the First Circuit. See Fed. R. App. P. 24(a)(5).[1]

3.  The Clerk shall send an Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis to Arias.

4.  The Clerk shall transmit a copy of this Order to the First Circuit.

                                                                       /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Appellate Procedure 24(a)(5) provides: "A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of the notice prescribed in Rule 24(a)(4). The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1)."