From: Esther Angelica Arias    Docket# 06-10305

Motion Requesting hearing on    January 31, 25
Judgement & Commitment order on
Docket # 06-10305.

Dear Honorable Court,

This request is hereby DENIED
Wolf, D.J.
March 27, 2025

I'm requesting a hearing based on the following. I was sentenced on 2008 by the Honorable Judge Wolf. The Judgement & Commitment order specificly states that Defendant Should pay Restitution Though Probation. thru a payment plan. Since Defendant Release from BOP custody the District Attorney put a lien on with the IRS on my tax Returns. The Judge never ordered Defendant to pay thru the District Attorney. The District Attorney has taken upon himself without any Court order the action to put a lien on Defendant taxes Returns. This Motion is been filed for Abuse of Power by District Attorney. Abuse of Discreation. Therefore I Defendant Arias Request a hearing with the Judge to make sure that my 4th Amendment is not Violated

Please take this Motion into Consideration & grant me a hearing on my Request.

I Request that the Government Removes the Lien from my taxes with the IRS, and for the Judgment of commitment to be in place as it was ordered by Judge Wolf.

Respectfully Submitted

*[signature]*

Docket # 06-10305